James A. Huddleston, Appellee, v. S. B. Ebert, Appellant.

Gen. No. 9,313.

Heard in this court at October term, 1941; opinion filed February 24, 1942; rehearing denied May 5, 1942. Thomas L. Jarrett, for appellant; Thornton C. Torrence, for appellee. Opinion by JUSTICE FULTON. "Not to be published in full."